# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Michael Bruce Wilkinson, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No: 17cv2871 |
| | ) | |
| v. | ) | Magistrate Judge: M. David Weisman |
| | ) | |
| Acxiom Corporation, | ) | |
| | ) | |
| Defendant(s), | ) | |

## ORDER

Magistrate Judge Status/Motion hearing held. For the reasons stated on the record, Plaintiff's motion to compel and motion for sanctions [56] is denied. Plaintiff's motion to enlarge discovery period [63] is generally denied. The Court will extend fact discovery to 5/31/18 for the limited purpose of conducting Mr. Steve Ireland's deposition if proper service is achieved. If Plaintiff has been unable to serve Mr. Ireland after diligent efforts by the 5/31/18 deadline, Plaintiff may file a motion seeking additional time and the Court will consider such a request. Plaintiff's motion to quash or modify subpoena [77] is granted. AT&T Mobility shall produce documents responsive to Defendant's subpoena to Plaintiff's counsel only. Plaintiff shall then mark proposed redactions and submit to the Court for in camera review, along with any relevant non-disclosure agreement(s), by 5/29/18. Status hearing set for 6/5/18 at 9:15 a.m.


T: (00:22)


Date: May 15, 2018

_____
M. David Weisman
United States Magistrate Judge