IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Michael Bruce Wilkinson,

Plaintiff(s),

v.

Acxiom Corporation,

Defendant(s).

Case No. 17cv2871
Judge Gottschall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Acxiom Corporation
and against plaintiff(s) Michael Bruce Wilkinson
.

Defendant(s) shall recover costs from plaintiff(s).

☐ other: .

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Joan B. Gottschall on a motion for summary judgment.

Date: 4/21/2020                    Thomas G. Bruton, Clerk of Court

                                   Marlan Cowan , Deputy Clerk